IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYDIA ARLENE EPSON VAUGHN,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF VETERANS AFFAIRS,<br><br>Defendant. | Case No.: 13-cv-02476-JSC<br><br>**ORDER TO CLERK TO ISSUE SUMMONS** |

Plaintiff, proceeding pro se, contends that the Department of Veterans Affairs ("VA") is liable for damages suffered as a result of improper medical treatment by the personnel at the Palo Alto Veterans Affairs Hospital.[1] (Dkt. No. 1.) The Court previously granted Plaintiff's motion to proceed in forma pauperis, but dismissed Plaintiff's Complaint with leave to amend under 28 U.S.C. § 1915 because there was no indication that Plaintiff had exhausted her administrative remedies. (Dkt. No. 9.)

Plaintiff subsequently filed a letter with this Court, attaching documents that appear to show that Plaintiff presented her tort claim to the VA and that the claim was denied or six months passed

---

[1] Pursuant to 28 U.S.C. § 636(c), Plaintiff consented to the jurisdiction of a United States magistrate judge (Dkt. No. 8), and Defendant, not yet served, is not a party to this case. *See Third World Media, LLC v. Does 1-1568*, 2011 WL 4344160, at *3 (N.D. Cal. Sept. 15, 2011).

without a final disposition of her claim, as required by the Federal Tort Claims Act. (Dkt. No. 11); *see* 28 U.S.C. 2675(a); *see also* 28 C.F.R. § 14.2(a) (requiring written notification of the incident accompanied by a claim for money damages in a sum certain as a prerequisite for suit under the FTCA). Although Plaintiff did not formally label her letter and the attached documents as an amended complaint, the Court considers the filing, in combination with her original Complaint, to be Plaintiff's amended complaint.

Because the Amended Complaint is sufficient for purposes of Section 1915 review, the Court orders the Clerk to issue the summons on Defendant. Further, the U.S. Marshal for the Northern District of California shall serve, without prepayment of fees, a copy of the original Complaint, the Amended Complaint (Dkt. No. 11), any amendments or attachments, Plaintiff's affidavit and this order upon the Defendant.

The Courts also reschedules the Case Management Conference, currently set for October 31, 2013, to January 30, 2014.

The Court notes, again, that Plaintiff may contact the Legal Help Center, 450 Golden Gate Avenue, 15th Floor, Room 2796, Telephone No. (415) 782-8982, for assistance. The Court also directs Plaintiff's attention to the Handbook for Pro Se Litigants, which is available along with further information on the Court's website located at http://cand.uscourts.gov/proselitigants. Finally, the Court notes that legal services for veterans may be available through a number of organizations in the Bay Area, including Swords to Plowshares, located at 1060 Howard Street in San Francisco, (415) 252-4788, http://www.swords-to-plowshares.org/.

**IT IS SO ORDERED.**

Dated: October 21, 2013

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE