UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LYDIA ARLENE EPSON VAUGHN,

        Plaintiff,

   v.

DEPARTMENT OF VETERANS AFFAIRS,
et al.,

        Defendants.

Case No.  13-cv-02476-JSC

**ORDER APPOINTING COUNSEL**

     Because Plaintiff has requested and is in need of counsel to assist her in this matter and a volunteer attorney is willing to be appointed to undertake this representation at the request of the Federal Pro Bono Project, Paul Lynd and Alexandra Devendra of Nixon Peabody LLP are hereby appointed as counsel for Lydia Vaughn in this matter.

     The scope of this referral shall be for:

- ☐ all purposes for the duration of the case
- ☒ the limited purpose of representing the litigant in the course of
  - ☒ mediation
  - ☐ early neutral evaluation
  - ☐ settlement conference
  - ☐ briefing ☐ and hearing on the following motion (e.g., motion for summary judgment or motion to dismiss): _____
  _____
  - ☒ discovery as follows:   Plaintiff's deposition
  _____
  _____
  - ☐ other:
  _____
  _____

All proceedings in this action are hereby stayed until four weeks from the date of this order.

United States District Court
Northern District of California

Counsel shall be familiar with General Order No. 25 and the Federal Pro Bono Project Guidelines posted on the Court's website.

IT IS SO ORDERED.

Dated: February 11, 2014

_____
Jacqueline Scott Corley
United States Magistrate Judge